DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

K.D.,

Appellant,

v.

N.B.,

Appellee.

No. 2D22-2856

————————————————

February 2, 2024

Appeal from the Circuit Court for Hillsborough County; Alissa M. Ellison, Judge.

K.D., pro se.

Jonathan E. Hackworth of Hackworth Law., P.A., Tampa, for Appellee.

PER CURIAM.

    Affirmed.

SILBERMAN, BLACK, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.